IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:19cr00046 |
| ) | |
| TANNER ALEXANDER DEAR, ) | **ORDER** |
|    Defendant, ) | |

The defendant has moved to set his trial in this matter on March 16-17, 2020, outside of the Speedy Trial Act time. The Government does not object to the motion.

Upon consideration of the motion, the court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. The court makes this finding because a failure to grant such continuance would deny counsel adequate time to effectively defend this case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, it is **ORDERED** that the motion for continuance is **GRANTED**, and the trial and Speedy Trial Act time in this case is continued until March 16-17, 2020.

**ENTERED:** October 18, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE